# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

EDWARD E. CADE                                                                                    PETITIONER
Reg #33494-177

v.                                    Case No. 2:17-cv-00134 JLH-JTK

GENE BEASLEY, *Warden*,
FCC-Forrest City                                                                                  RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Document #10. Judgment will be entered accordingly.

SO ORDERED this 31st day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE