## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

EDWARD E. CADE                                                          PETITIONER
Reg #33494-177

v.                                    Case No. 2:17-cv-00134 JLH-JTK

GENE BEASLEY, *Warden*,
FCC-Forrest City                                                        RESPONDENT

## <u>JUDGMENT</u>

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED,

ORDERED and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED,

and the relief prayed for is DENIED.

SO ADJUDGED this 31st day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE